THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Rodney Chambers,       
Appellant.
 
 
 

Appeal From Aiken County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-342
Submitted March 26, 2003  Filed May 20, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:   Rodney Chambers was indicted 
 by the Aiken County grand jury for breach of trust with fraudulent intent, the 
 value of the property being more than $5,000.  Chambers pled guilty to the lessor 
 offense of breach of trust with fraudulent intent, the value of the property 
 being between $1,000 and $5,000 and was sentenced to five years imprisonment, 
 suspended on the service of one year, and five years probation. Counsel for 
 Chambers attached a petition to be relieved to the final brief stating he had 
 reviewed the record and found the appeal to be without merit. After a review 
 of the record and counsels brief pursuant to Anders v. California, 386 
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss [1] Chambers 
 appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without 
 oral argument pursuant to Rule 215, SCACR.